**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES E. SHELTON<br><br>                    Plaintiff,<br>     v.<br><br>EVE ARON<br>                    Defendant | CASE NO. 2:23-mc-00109<br><br>**(PROPOSED) ORDER GRANTING CREDITOR'S MOTION FOR ASSIGNMENT ORDER OF LAWSUIT SETTLEMENT PROCEEDS**<br><br>**Date: October 20, 2023**<br>**Time: 1:30 PM**<br>**Honorable Philip S. Gutierrez** |

  Judgment Creditor and Assignee of Record James E. Shelton's Motion for Assignment Order of Lawsuit Settlement Proceeds came on regularly for hearing before this Court on October 20, 2023 at 1:30 PM, with notice and all moving papers being given to Defendant / Judgment Debtor **Eve Aron, a/k/a Eve Ohayon.**

1

ORDER ON MOTION FOR ASSIGNMENT ORDER OF LAWSUIT SETTLEMENT PROCEEDS
James E. Shelton v. Eve Aron

Upon consideration of the declarations submitted in support of said motion, the exhibits submitted, and having considered all arguments of both parties herein, and good cause appearing therefore,

IT IS ORDERED:

(1) That the following rights to payments be, and hereby are, assigned to judgment creditor JAMES E. SHELTON, until such time as the judgment herein in the original amount of $48,772.33 plus post-judgment interest at the rate of prescribed by 28 U.SC. 1961(a), to be calculated from December 28, 2022, be fully satisfied, or this order is modified in accordance with governing law:

- One Hundred Percent (100%) of JUDGMENT DEBTOR'S INTEREST IN ANY AND ALL PAYMENTS OF MONEY OR MONEY EQUIVALENTS, DUE OR BECOMING DUE IN THE FUTURE, TO JUDGMENT DEBTOR, **EVE ARON, A/K/A EVE OHAYON,** WHICH ARE PAYABLE OR TO BE PAID FOR THE BENEFIT OF OR ON BEHALF OF EVE ARON, A/K/A **EVE OHAYON**, OR ANY THIRD-PARTIES DESIGNATED BY DEBTOR TO RECEIVE ANY PAYMENTS, FROM THE FOLLOWING SOURCES:
    - Any and all proceeds, due or coming due to Debtor EVE ARON, a/k/a EVE OHAYON, from **RYAN JOHNSON and/or SARAH RACHEL JOHNSON;**
    - **Any and all monies due or coming due to Debtor from any insurance carrier indemnifying Ryan Johnson and/or Sarah Rachel Johnson;**
    - **Any lawyer or law firm who is in possession of funds due to Debtor EVE ARON, A/K/A EVE OHAYON, including Barbara J. Mandell, Esquire, and/or Colman Perkins Law Group, and/or Anna Okhovat, Esq. and/or Okhovat Law Group, Inc. including but not limited to funds which were a result of any monies paid resolving the claims in Los Angeles County Superior Court Case No. 21STCV30484, captioned** *Eve Ohayon v. Ryan Johnson and/or Sarah Rachel Johnson*.

Payments from the above-sources shall not be paid to judgment debtor, but shall be paid directly to judgment creditor James E. Shelton, 316 Covered Bridge Road, King of Prussia, PA 19406, pursuant to the terms of this order.

IT IS FURTHER ORDERED THAT: Any person or entity served with this order, REGARDLESS OF WHETHER SUCH PERSON OR ENTITY IS NAMED ABOVE, shall become an obligor under this order, and is ordered to pay any payments due or becoming due to **Debtor EVE ARON, a/k/a EVE OHAYON,** and/or any payments which are payable or to be paid for the benefit of or on behalf of **EVE ARON, a/k/a EVE OHAYON**, or any third-parties designated by Debtor, to the judgment creditor instead, until such time as either the judgment is satisfied, or this order is modified in accordance with law.

All payments made under this order should be made to Judgment Creditor, and should be addressed as follows:

James E. Shelton
316 Covered Bridge Road
King of Prussia, PA 19406

Other:
_____
_____

NOTICE IS HEREBY GIVEN TO ALL PARTIES WITH DUTIES UNDER THIS ORDER THAT YOU ARE SERVED WITH THIS ORDER AND FAIL TO COMPLY THEREWITH, YOU MAY BE SUBJECT TO MONETARY FINES AND SANCTIONS/ATTORNEYS FEES, AND/OR BEING HELD IN CONTEMPT OF COURT.

Dated: _____                   _____
                                          **PHILIP S. GUTIERREZ**
                                          **CHIEF UNITED STATES DISTRICT JUDGE**