1  Richard O. Evanns
   Evanns Collection Law Firm
2  3731 Wilshire Blvd., Suite 514
   Los Angeles, CA 90010
3  (213) 292-6888
   enforcements@rocketmail.com
4
5  Attorney for Judgment Creditor,
   James E. Shelton
6
7
8
9
10                IN THE UNITED STATES DISTRICT COURT
11                   CENTRAL DISTRICT OF CALIFORNIA
12
                                          )
   JAMES E. SHELTON                       )   CASE NO. 2:23-mc-00109
13                                        )
14                                        )
              Plaintiff,                  )   **PROOF OF SERVICE BY MAIL AND**
15                                        )   **ELECTRONIC MAIL**
         vs.                              )
16 EVE ARON                               )
                                          )
17                                        )
                                          )
18            Defendant                   )
                                          )
19                                        )
                                          /

20       I am over the age of 18 and I am not a party to this matter. My business address is 3731
21 Wilshire Blvd, Suite 514, Los Angeles, CA 90010. On September 11, 2023, I served, in the
22 manner indicated below, the documents described as NOTICE OF MOTION AND MOTION
23 FOR ASSIGNMENT ORDER OF LAWSUIT SETTLEMENT PROCEEDS, MEMORANDUM
24 OF POINTS AND AUTHORITIES, DECLARATION OF RICHARD O. EVANNS, EXHIBITS
25 1—14, PROPOSED ORDER, and SUPPLEMENT TO MOTION FOR ASSIGNMENT ORDER
26 OF LAWSUIT SETTLEMENT PROCEEDS including Exhibits 15 & 16 on the following
27 parties, as follows:
28

| | |
|---|---|
| Mailed by U.S. Mail:<br>Eve Aron, a/k/a Eve Ohayon<br>5416 Medina Road<br>Woodland Hills, CA 91364<br><br>Copy Emailed to:<br>Evearon1@gmail.com | Judgment Debtor, In Pro Per |
| Mailed By U.S. Mail:<br>Anna Ohkovat, Esq.<br>Okhovat Law Firm, APLC<br>15165 Ventura Boulevard, Suite 305<br>Sherman Oaks, CA 91403<br><br>Copy Emailed to:<br>anna@okhovatlawfirm.com | Judgment Debtor's counsel in Superior Court Action (Case No. 21STCV30484) |
| Mailed by U.S. Mail<br>Barbara J. Mandell, Esq.<br>Colman Perkins Law Group<br>500 N. Brand Blvd, Suite 2200<br>Glendale, CA 91203<br><br>Copy Emailed to:<br>bmandell@colmanlawgroup.com | Third-Party in Possession of Settlement Proceeds Payable to Debtor and Counsel to Ryan Johnson and Sarah Rachel Johnson in Case No. 21STCV30484 |
| Copy Emailed to:<br>dbennett@colmanlawgroup.com | Debbie Bennett served by email only |

☒ BY U.S. PRIORITY MAIL: I caused such envelopes to be deposited in the United States First Class Mail at Los Angeles, California, with postage thereon fully prepaid.

☐ BY CERTIFIED MAIL, WITH RETURN RECEIPT REQUESTED

☐ BY FACSIMILE: (C.C.P. § 1013(e)(f)).

☒ BY ELECTRONIC SERVICE.

☐ BY OVERNIGHT COURIER: I caused such envelopes to be delivered by courier, with next day service, to the offices of the addresses. (C.C.P. § 1013(c)(d)).

☐ BY PERSONAL SERVICE: I caused such envelopes to be delivered by hand to the offices of the address(es) (C.C.P. § 1011(a)(b)), as indicated on the service list.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. I am executing this Proof of Service on September 11, 2023, in Los Angeles, California.

*Bonnie Nicholson*
Bonnie Nicholson